IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BARBARA S. WHITNER,

   Plaintiff,

    v.

EMORY UNIVERSITY,

   Defendant.

CIVIL ACTION FILE
NO. 1:06-CV-1518-TWT

## ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 263] of the Magistrate Judge recommending granting in part and denying in part the Defendant's Motion for Summary Judgment [Doc. 219]. I agree with the Defendant's Objections to the Report and Recommendation with respect to the lack of a causal connection between the Plaintiff's protected activity and the alleged retaliatory acts. In the context of an admittedly tumultuous relationship between the Plaintiff and her supervisor and the absence of any retaliatory motive on the part of Dean Hughes, mere temporal proximity is not enough to show causation. Otherwise, the Court approves and adopts the Report and Recommendation as the judgment of the Court. Therefore, the Defendant's Motion for Summary Judgment [Doc. 219] is GRANTED.

SO ORDERED, this 11th day of September, 2008.

                                                                   s/ Thomas W. Thrash
                                                                   THOMAS W. THRASH, JR.
                                                                   United States District Judge